UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE DORITTY, JOSEPHINE FLETCHER, KAREN CARR, DEBRA SLATON and BRYAN SLATON,

    Plaintiffs,

v.

MICRO MATIC USA, INC.,

    Defendant.
_____/

CASE NO.: 8:17-cv-1679-T-17AEP

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Micro Matic Usa, Inc., hereby discloses the following pursuant to this Court's interested persons order (Doc. ___):

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a) Micro Matic USA, Inc., Defendant
   b) Micro Matic A/S
   c) Svend-Ange Nielsen
   d) Carl Christian Nielsen
   e) Travelers Bond & Specialty Insurance
   f) Cole, Scott, & Kissane, PA, Counsel for Micro Matic USA, Inc.
   g) Brian D. Rubenstein, Esq., Counsel for Micro Matic USA, Inc.
   h) Erin L. Centrone, Esq., Counsel for Micro Matic USA, Inc.
   i) Diane Doritty, Plaintiff
   j) Josephine Fletcher, Plaintiff
   k) Karen Carr, Plaintiff
   l) Debra Slaton, Plaintiff
   m) Bryan Slaton, Plaintiff

n) Whittel & Melton, LLC, Counsel for Plaintiffs
o) Jay P. Lechner, Esq., Counsel for Plaintiffs
p) Jason M. Melton, Esq., Counsel for Plaintiffs

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None as to Defendant Micro Matic USA, Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None as to Defendant Micro Matic USA, Inc.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None as to Defendant Micro Matic USA, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

By: /s/ Erin L. Centrone
BRIAN D. RUBENSTEIN
Florida Bar No. 0016997
ERIN L. CENTRONE
Florida Bar No. 100189
Counsel for Defendant
Cole, Scott, & Kissane, PA
4301 W. Boy Scout Blvd.
Suite 400
Tampa, FL 33607
Tel: (813) 289-9300
Fax: (813) 286-2900

CASE NO.:  8:17-cv-1679-T-17AEP

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

>COLE, SCOTT & KISSANE, P.A.
>Counsel for Defendant MICRO MATIC USA, INC.
>4301 West Boy Scout Boulevard
>Suite 400
>Tampa, Florida 33607
>Telephone (813) 864-9324
>Facsimile (813) 286-2900
>Primary e-mail: brian.rubenstein@csklegal.com
>Secondary e-mail: erin.centrone@csklegal.com
>Alternate e-mail:  patricia.toney@csklegal.com
>
>By:   s/ Erin L. Centrone
>BRIAN D. RUBENSTEIN
>Florida Bar No.:  16997
>ERIN L. CENTRONE
>Florida Bar No.:  100189